## THE PEOPLE *v.* FRANKLIN COX.

The decisions in the cases of The People *v.* Wallace and The People *v.* Lloyd applied.

APPEAL from the District Court of the Fifteenth Judicial District, County of Butte.

The defendant was indicted for the crime of manslaughter. The indictment charges that " one Franklin Cox, on or about the fourteenth day of June, A. D., 1857, at, etc., before the finding of this indictment, did unlawfully, willfully, and feloniously, strike, penetrate, wound, and shoot, one Stephen Lannigan, to wit: in and upon the body of the said Stephen Lannigan, with a pistol, then and there in the hands of the said Franklin Cox, and by said striking, penetrating, wounding, and shooting, of the said Stephen Lannigan, the said Franklin Cox did then and there unlawfully, willfully, and feloniously, kill the said Stephen Lannigan, against the form of the statute," etc.    The defendant was tried by a jury and found guilty.    The defendant moved the Court for a new trial, and also for arrest of judgment, but as none of the grounds upon which said motions were made, are those upon

which the case turned in this Court, it is deemed unnecessary to state them. Defendant appealed.

*William H. Rhodes* for Appellant.

*The Attorney-General* for the People.

TERRY, C. J., delivered the opinion of the Court—BURNETT, J., concurring.

Judgment reversed, and cause remanded, on authority of People *v.* Wallace, and People *v.* Lloyd, decided at the present term.